**Electronically Filed
Supreme Court
SCPR-21-0000155
24-MAR-2021
09:07 AM
Dkt. 5 OGP**

SCPR-21-0000155

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

BRUCE L. LAMON, (Bar no. 2738)
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case No. 18-0308)

ORDER GRANTING PETITION TO RESIGN IN LIEU OF DISCIPLINE
(By: Nakayama, Acting C.J., McKenna, Wilson, and Eddins, JJ.,
and Intermediate Court of Appeals Associate Judge Nakasone,
in place of Recktenwald, C.J., recused)

Upon consideration of the petition submitted by the Office of Disciplinary Counsel, with the approval of the Disciplinary Board of the Hawai'i Supreme Court, for an order granting the request of attorney Bruce L. Lamon to resign from the practice of law in lieu of discipline, and the declaration and materials attached in support thereof, we find Respondent Lamon's declaration fulfills all of the requirements of Rule 2.14(a) of the Rules of the Supreme Court of the State of Hawai'i (RSCH), and find Respondent Lamon admits to misconduct that we

conclude represents serious violations of Rules 8.4(b) and 8.4(c) of the Hawaiʻi Rules of Professional Conduct (1994), misconduct which we conclude warrants granting the petition. Therefore,

IT IS HEREBY ORDERED that the petition to resign in lieu of discipline is granted. RSCH Rule 2.16(c) notwithstanding, in light of the current restrained status of Lamon's license to practice law, the resignation shall become effective upon entry of this order.

IT IS FURTHER ORDERED that the Disciplinary Board shall provide notice of the resignation as required by RSCH Rule 2.16(e), and the Clerk shall provide notice to all state judges, pursuant to RSCH Rule 2.16(f).

IT IS FURTHER ORDERED that Respondent Lamon shall bear the costs, if any, of ODC's investigation and any preliminary disciplinary proceedings, upon the timely submission by ODC of a verified bill of costs, as authorized by RSCH Rule 2.3(c).

DATED: Honolulu, Hawaiʻi, March 24, 2021.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

/s/ Karen T. Nakasone

2